LAWRENCE G. BROWN
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>    Petitioners,<br><br>  v.<br><br>DANIEL W. BURCH,<br><br>    Respondent. | Case No. 2:09-mc-00045-MCE-GGH<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Taxpayer: DANIEL W. BURCH<br><br>Date: Thursday, December 3, 2009<br>Time: 2:00 p.m.<br>Ctrm: #7 (14th Floor)<br>   (Hon. Morrison C. England, Jr.) |

  Upon the petition of LAWRENCE G. BROWN, United States Attorney for the Eastern District of California, including the declaration of Revenue Officer CHARLES DUFF, it is hereby:

  ORDERED that the respondent, DANIEL W. BURCH, appear before United States District Judge Morrison C. England, Jr., in that Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, on Thursday, December 3, 2009, at 2:00 o'clock p.m., and that respondent show cause as follows:

  1. Why respondent, DANIEL W. BURCH, should not be held in civil contempt of this Court for his failure to comply with the Order filed on August 31, 2009, directing respondent to comply with the I.R.S. Summons issued on November 20, 2008.

///

2. Why the respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within 7 calendar days after the filing of this Order, the respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed August 31, 2009.  Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject respondent to possible further sanctions for contempt of Court.

It is SO ORDERED.

Dated:  November 2, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE