UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br><br>DANIEL W. BURCH,<br><br>       Defendant.<br>_____/ | Case No. 2:09-mc-00045-MCE<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release DANIEL W. BURCH, Case No. 2:09-mc-00045, from custody for the following reasons:

    ____    Release on Personal Recognizance

    ____    Bail Posted in the Sum of $____

    ____    Unsecured Appearance Bond

    ____    Appearance Bond with 10% Deposit

    ____    Appearance Bond with Surety

    ____    Corporate Surety Bail Bond

    _X_    (Other):

1. Defendant is released and ordered to appear on January 8, 2010 at 9:00 a.m. in Courtroom 7.

Issued at Sacramento, California on December 14, 2009 at 11:10 a.m.

Dated: December 7, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE