1

2

3

4

5

6

7

8                       UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,
    and CHARLES DUFF, Revenue
12  Officer, Internal Revenue
    Service,                              No. 2:09-mc-00045-MCE-GGH
13
            Petitioners,
14
        v.                               **ORDER RE: CONTEMPT**
15
    DANIEL W. BURCH,
16
            Respondent.
17
                            ----oo0oo----
18

19      On November 2, 2009, this Court issued an Order to Show as

20  to why Respondent Daniel W. Burch should not be held in

21  civil contempt for his failure to comply with the Court's Order

22  filed on August 31, 2009, which directed Respondent to comply

23  with the Internal Revenue Service ("IRS") Summons issued by

24  Petitioners on November 20, 2008.  A hearing on the Order to Show

25  Cause was held on December 3, 2009.  Respondent appeared in pro

26  se.  Petitioners were represented by Assistant United States

27  Attorney Yoshinori Himel.

28  ///

                                    1

1   The Court found at the conclusion of the hearing, by clear
2   and convincing evidence, that Respondent remained in contempt of
3   the Court's prior orders in this case.  The Court makes the
4   following findings of fact in that regard:

5   1.   On May 5, 2009, Petitioners filed the instant Petition
6   to Enforce IRS summons as a result of Respondent's failure to
7   comply with an IRS summons seeking information pertaining to
8   Burch's federal quarterly taxes between March 31, 2005 and
9   December 31, 2006, and pertaining to Burch's annual unemployment
10  taxes for the period between December 31, 2005 and December 31,
11  2006;

12  2.   The assigned magistrate judge thereafter issued an Order
13  to Show Cause as to why Respondent should not be compelled to
14  comply with the IRS summons issued on November 31, 2008;

15  3.   While the magistrate judge discharged the OSC upon
16  Respondent's representation that he would comply with
17  Petitioners' requests, Respondent in fact failed to do so,
18  prompting this Court to issue an Order on August 31, 2009
19  compelling Respondent's appearance at IRS offices within 21 days
20  following issuance of the Order;

21  4.   On October 27, 2009, Petitioners filed a Petition for
22  Contempt on grounds that while Respondent appeared at the IRS'
23  offices, he failed to provide the required documents;

24  5.   On November 2, 2009, the Court issued the second Order
25  to Show Cause in this matter on grounds of Respondent's
26  continuing noncompliance, and set a hearing for December 3, 2009;
27  ///
28  ///

2

6.  Respondent wrote a letter to the Court dated November 23, 2009 indicating his intent to provide the information requested by the IRS, but failing to explain his earlier failure to provide that information;

7.  Despite Respondent's representation as set forth above, at the time of the December 3, 2009 he made no offer to locate and/or produce the requested documents, stating only that the IRS would have to find his accountant to do so;

8.  The Court finds by clear and convincing evidence that Respondent's actions throughout this matter have been evasive, untruthful, and in willful and direct contempt of this Court's Orders.

As a result of Respondent's ongoing contempt, the Court ordered, at the close of the December 3, 2009 hearing, that he be remanded to custody until such time as he demonstrates compliance with the IRS summons dated August 31, 2009, to the satisfaction of the Court.  The daily housing fee is waived by the Court.

IT IS SO ORDERED.

Dated: December 8, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3