BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and CHARLES DUFF, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>    v.<br><br>DANIEL W. BURCH,<br><br>        Respondent. | Case No. 2:09-mc-00045-MCE-GGH<br><br>**PETITIONERS' NOTICE OF COMPLIANCE AND REQUEST TO TAKE STATUS CONFERENCE OFF-CALENDAR; SUGGESTION TO CLOSE FILE WITH ORDER**<br><br>Taxpayer: DANIEL W. BURCH |

TO THIS HONORABLE COURT:

    PLEASE TAKE NOTICE that in petitioners' view, respondent has sufficiently complied with the summons at issue in the above-captioned tax summons enforcement proceeding.  Petitioners accordingly request that the Status Conference currently scheduled for Friday, January 8, 2010, at 2:00 p.m., before The Honorable Morrison C. England, Jr., be taken off-calendar; and that the case be closed.

///

///

///

///

///

DATED: This 8th day of January, 2010.

                                          Respectfully submitted,

                                          BENJAMIN B. WAGNER
                                          United States Attorney

By:   /s/ Y. H. T. Himel
        YOSHINORI H. T. HIMEL

        Assistant United States Attorney

## ORDER

For the reasons stated by the petitioners, in this case, for good cause shown, it is hereby ORDERED as follows:

1. The Order to Show Cause filed November 2, 2009, directed to Respondent, DANIEL W. BURCH, for civil contempt of the Order filed on August 31, 2009, is hereby DISCHARGED.

2. The Status Conference set for January 8, 2010, at The Clerk of the Court shall close this case.

The Clerk shall forward copies of this Order to the Respondent, the United States Attorney, and the United States Marshal.

It is SO ORDERED.

Dated: January 7, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on **January 7, 2010**, she served a copy of:

**PETITIONERS' NOTICE OF COMPLIANCE AND REQUEST TO TAKE STATUS CONFERENCE OFF-CALENDAR; SUGGESTION TO CLOSE FILE WITH [Proposed] ORDER**

by placing said copy in an envelope addressed to the persons hereinafter named, at the places and addresses shown below, which are the last known addresses, and mailing said envelope and contents in the U.S. Mail in Sacramento, California.

Addressees:

Mr. Daniel Burch
9554 Highland Park Drive
Roseville, CA  95678


      /s/ Mary Ann Rackley
MARY ANN RACKLEY